UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 5:18-CR-359-1 |
| VENUS AMEYALLI ROJAS-PEREZ | § | |

## ORDER

It is **ORDERED** that the following material witnesses held in connection with this case shall be released on Wednesday, June 20, 2018.

**(1) Luis Adolfo Tec-Yaqi**
**(2) Yulisa Estela Cristobal-Sanchez**
**(3) Bryon Lopez-Aju**

IT IS FURTHER **ORDERED** that the Clerk of the Court deliver a copy of this Order to the United States Marshals for the Southern District of Texas for immediate execution.

IT IS SO ORDERED.

SIGNED this 20th day of June, 2018.

_____
Marina Garcia Marmolejo
United States District Judge